# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:16CR87 |
| Plaintiff, | |
| -vs- | O R D E R |
| VIRGIL APODACA, JR., | |
| Defendant. | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Kelsey L. Pfeffer, as a Criminal Justice Act Training Panel Member, to assist in the defense of Virgil Apodaca, Jr.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Kelsey L. Pfeffer is hereby assigned to assist FPD David R. Stickman in the representation of the defendant in the above-captioned case, and must file an entry of appearance forthwith. Kelsey L. Pfeffer shall not be eligible to receive compensation for her services in this case.

FPD David R. Stickman shall continue to be primary counsel on behalf of the defendant, Virgil Apodaca, Jr.

Dated: February 26, 2016

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge